1 | JEFFERY KALLIS, ESQ. (SBN 190028)
**KALLIS & ASSOCIATES**
2 | 333 W. San Carlos St., #800
San Jose, CA 95110
3 | Telephone: (408) 971-4655
Facsimile: (408) 971-4644
4 | Email: M_J_Kallis@Kallislaw.com

5 | **Attorneys for Plaintiff - VICTOR VELASQUEZ**

6 | ANDREW STEARNS, ESQ. (SBN 164849)
**BUSTAMANTE, O'HARA & GAGLIASSO**
7 | 333 W. San Carlos St., #800
San Jose, CA 95110
8 | Telephone: (408) 971-1911
Facsimile: (408) 977-0746
9 | Email: Astearns@boglawyers.com

10 | **Co-Counsel for Plaintiff**

11 | SHANNON SMYTH-MENDOZA, ESQ. (SBN 188509)
Sr. Deputy City Attorney
12 | **OFFICE OF THE CITY ATTORNEY**
200 E. Santa Clara St., 16th Fl.
13 | San Jose, CA 95113-1905
Telephone: (408) 535.1900
14 | Facsimile: (408) 998.3131
Email: Shannon.Smyth-Mendoza@sanjoseca.gov

**Attorney for Defendant**
16 | **SJPD Officer Bret Moiseff**

17 | MICHAEL C. SERVERIAN, ESQ. (SBN 133203)
18 | **RANKIN, LANDSNESS, LAHDE,
    SERVERIAN & STOCK**
19 | 96 No. Third Street, Suite 500
San Jose, California 95112
20 | Telephone : (408) 293-0463
Facsimile : (408) 293-9514
21 | Email: mserverian@rllss.com

22 | **Attorneys for Defendant**
**CITY OF SANTA CLARA, STEVE BURRESS,**
23 | **CRAIG MIDDLEKAUFF, NICK RICHARDS,**
**CHIEF STEPHEN LODGE**

1

**FIRST AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA & ITS POLICE DEPARTMENT, A municipal corporation; STEVE BURRESS, an individual; CRAIG MIDDLEKAUFF, an individual; NICK RICHARDS, an individual; CHIEF STEPHEN LODGE, an individual as DOE 1; OFFICER BRET MOISEFF, an individual as DOE 2; COMMANDER ROBERT MECIR, an individual as DOE 3; and DOES 4 to 50, inclusive,<br><br>Defendants. | Case No. 11-CV-03588-YGR<br><br>**FIRST AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT-REQUESTED IN 01/18/12 REASSIGNMENT ORDER**<br><br>**Judge Yvonne Gonzales Rogers** |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order.

**1.  Date Case Filed:**

The original lawsuit was filed September 21, 2009 in Santa Clara County Superior Court.  The matter was removed removal to federal court on or about July 21, 2011.

**2.  List or Description of All Parties:**

Plaintiff Victor Velasquez;

Defendant City of Santa Clara and its police officers Steve Burress, Greg Middlekauf and Nick Richards;

Defendant former City of Santa Clara police Chief Stephen Lodge;

City of San Jose police officer Bret Moiseff; and

Commander Robert Mecir has been voluntary dismissed from this lawsuit by plaintiff.

**FIRST AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

**3. Current Deadlines:**

There is no trial date. There are no deadlines or cutoffs. There are no pending motions.

The parties did select early neutral evaluation as the appropriate ADR process. On October 21, 2011 the parties requested 180 days from the date of the order referring the matter to early neutral evaluation. No neutral evaluator was ever selected nor was the early neutral evaluation ever scheduled.

There has not been a case management conference since the matter was removed to federal court.

**4. Pending Motions:**

No motions are pending. There are no briefs, motions or events of any sort pending.

Defendant Moiseff anticipates filing a summary judgment motion depending upon the facts/evidence developed in discovery. It is anticipated this motion would not be filed until discovery is completed. The primary basis on a motion for summary judgment would be qualified immunity.

**5. Brief Description of Underlying Action:**

Early in the year 2008, plaintiff was arrested and released after posting bail. Thereafter, he missed his criminal court appearance. A bail bond agent was looking for him as were various law enforcement agencies. The law enforcement agencies received information that he was staying at a hotel in San Jose.

On June 20, 2008, plaintiff exited the hotel. Officers were staking out the hotel. Plaintiff walked to his vehicle and as he was about to get into his vehicle he was approached by police officers with guns drawn. Versions differ as to what happened at this point. It is not disputed that plaintiff entered his vehicle and was shot.

Plaintiff alleges that he was shot while his hands were raised over his head in surrender. Plaintiff maintains he was unarmed and presented no danger to law enforcement. Nevertheless, defendant officers Burress, Middlekauff and Richards fired

numerous rounds through plaintiff's vehicle striking him on a number of occasions in numerous places. No weapons were found on plaintiff's person or in his vehicle.

Defendants maintain that plaintiff ignored numerous verbal commands directing him to put his hands up. Plaintiff entered his vehicle and attempted to flee. No weapons were found on his person.

**6. Summary of Claims:**

Plaintiff alleges violations of due process under the fourth amendment (unreasonable search and seizure) of the United States Constitution based upon excessive force. Plaintiff also sets forth a <u>Monell</u> claim. Plaintiff sets forth state tort law claims for battery, assault, negligence, intentional infliction of emotional distress as well has violations of California Civil Code Sections 51.7 and 52.1.

**7. List and Description of Relief Sought and Damages Claimed:**

Plaintiff seeks damages for personal injuries receiving numerous gunshot wounds as a result of the subject incident. Plaintiff received extensive medical treatment. Plaintiff has permanent injuries.

Plaintiff seeks general damages.

Plaintiff seeks statutory penalties under California Civil Code Section 52 pursuant to Section 52.1.

Plaintiff seeks punitive damages against the individual defendants.

Plaintiff seeks all applicable attorneys fees under both federal and state law.

Plaintiff seeks injunctive relief.

Plaintiff's damages are calculated based upon lost future wages arising out of his injuries, medical costs, property damage, pain and suffering and emotional distress. Medical damages will be calculated using medical records from Valley Medical and the facilities where he has been incarcerated. Property damage will be based upon lay testimony and possibly expert testimony on the value of the vehicle and lay testimony about the property in his possession at the time of battery and subsequent arrest that was not returned. Future wage damages will be computed with the use of an expert in

economics; medical experts will be used to provide evidence of physical injuries, physical therapy and on going treatment for arm and neck injuries; and psychological/post traumatic stress disorder experts will be used for emotional distress damages and on going post traumatic stress disorder associated with the battery.

**8.   Status of Discovery:**

The parties have responded to written discovery consisting of interrogatories and document demands.

Plaintiff has deposed defendants Middlekauff and Richards from the Santa Clara Police Department.  San Jose PD officer Bret Moiseff and Sean Pritchard have also been deposed.

Plaintiff's medical records have been subpoenaed.

Plaintiff has not been deposed and is still in a Men's Colony in San Luis Obispo.

As discovery has been stayed following removal to federal court, there are no depositions or other discovery pending.

**9.   Procedural History:**

No motions have been decided.  There has been no ADR.  The parties agree to early neutral evaluation.  There have been no settlement conferences.  There have been no appellate proceedings.

**10.   Immediate Need for Case Management Conference:**

There is a stipulation and order before the court to stay the matter for 45 days.

DATED: January 27, 2012                    KALLIS AND ASSOCIATES

                                           By: /s/ JEFFERY KALLIS
                                               JEFFERY KALLIS
                                               Attorneys for Plaintiff
                                               VICTOR VELASQUEZ

DATED: January 27, 2012                    BUSTAMANTE, O'HARA & GAGLIASSO

                                           By: /s/ ANDREW STEARNS
                                               ANDREW STEARNS
                                               Co-Counsel for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: January 27, 2012 | OFFICE OF THE CITY ATTORNEY |
| 2 | | By: /s/ SHANNON SMYTH-MENDOZA |
| 3 | | SHANNON SMYTH-MENDOZA<br>Attorneys for Defendant |
| 4 | | SJPD OFFICER BRET MOISEFF |
| 5 | DATED: January 27, 2012 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |
| 6 | | By: /s/ MICHAEL C. SERVERIAN |
| 7 | | MICHAEL C. SERVERIAN<br>Attorney for Defendants |
| 8 | | CITY OF SANTA CLARA, STEVE BURRESS, NICK RICHARDS, CRAIG MIDDLEKAUFF, NICK |
| 9 | | RICHARDS, CHIEF STEPHEN LODGE |

**FIRST AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**