UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.: 11-03588-YGR<br><br>**ORDER LIFTING STAY, RE-SETTING CASE MANAGEMENT CONFERENCE, AND SETTING PRE-SUMMARY JUDGMENT MOTION CONFERENCE** |

The previously-stipulated stay in this action is now lifted. *See* Dkt. Nos. 21 & 27. Further, the Court is in receipt of the parties' letter briefs regarding summary judgment. Dkt. Nos. 26 & 28. The Court hereby VACATES the Initial Case Management Conference set for March 26, 2012 (Dkt. No. 25), and re-sets the Conference for March 28, 2012 at 2:00 p.m. at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland. At that time, the Court will also hold a Pre-Summary Judgment Motion Conference.

The parties shall refer to Dkt. No. 25 with regard to filing a joint case management conference statement and attendance of counsel at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**