**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>CITY OF SANTA CLARA, et al,<br><br>　　　　Defendant(s). | Case No.: C-11-3588-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on March 28, 2012. The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 9/24/12 at 2:00 p.m. |
| SETTLEMENT CONFERENCE PREVIOUSLY SET BEFORE MAGISTRATE JUDGE GREWAL TO OCCUR: | 9/12/12 |
| LAST DAY TO FILE MOTION FOR LEAVE TO AMEND: | 4/30/12 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 3/29/13 |
| PRETRIAL CONFERENCE: | Friday, 4/12/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 4/29/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | To be determined |

　　The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

　　**IT IS SO ORDERED.**

Dated: April 5, 2012

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**