M. Jeffery Kallis (SBN: 190028)
The Law Firm of KALLIS & Assoc.
333 West San Carlos suite 800
San Jose CA 95110
408-971-4655
408-971-4644 fax
M_J_Kallis@Kallislaw.Org

Andrew Stearns, Esq. SBN 164849
Steven Berki, Esq. 212434
BUSTAMANTE, OHARA & GAGLIASSO
333 West San Carlos suite 800
San Jose CA 95110
Tel: 408-977-1911
Fax: 408-977-0746
ASTEARNS@BOGLAWYERS,com
SBERKI@BOGLAWYERS,com

For Plaintiff

# United States District Court For The Northern District Of California

| | |
|---|---|
| Victor Velasquez, an individual | Case No.   11-03588 YGR |
| Plaintiff, | **Dismissal Of Defendant Moiseff per FRCP § 41(a)(2)**   AND ORDER |
| vs. | Jury Trial Requested |
| City Of Santa Clara, a Municipal Corporation; Steven Burress, as an individual; Craig Middlekauff, as an individual; Chief Stephan Lodge, as an individual (Doe 1); Officer Brett Moiseff, as an individual (Doe 2); Commander Robert Mecir as an individual, and DOES 1 Through 50 Inclusive. | Court:       Courtroom 11 |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE: Plaintiff hereby dismisses Defendant Bret Moiseff as allowed under FRCP § 41(a)(2)). Defendant Moiseff and plaintiff gave settled this action. As such, leave to dismiss is requested.

Dated: June 20, 2012

The Law Firm of KALLIS & Assoc.

_____
M. Jeffery Kallis, Counsel for Plaintiff

Leave to dismiss is ___GRANTED___.

Dated: June 28, 2012

_____
Hon. Judge Yvonne Gonzalez Rogers
United States District Court Judge