JEFFERY KALLIS
**KALLIS & ASSOCIATES**
333 W. San Carlos St., #800
San Jose, CA  95110
408-971-4655 P & 408-971-4644 F
Email: M_J_Kallis@Kallislaw.com

**Attorneys for Plaintiff
Victor Velasquez**


MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS,  LAHDE,
   SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

**Attorneys for Defendants
City of Santa Clara, Steve Burress,
Craig Middlekauff, Nick Richards, and
Chief Stephen Lodge**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
OAKLAND DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ, | Case No. 11-CV-03588-YGR |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF SANTA CLARA & ITS POLICE DEPARTMENT, A municipal corporation; STEVE BURRESS, an individual; CRAIG MIDDLEKAUFF, an individual; NICK RICHARDS, an individual; CHIEF STEPHEN LODGE, an individual as DOE 1; OFFICER BRET MOISEFF, an individual as DOE 2; COMMANDER ROBERT MECIR, an individual as DOE 3; and DOES 4 to 50, inclusive, | **Trial:   April 29, 2013** |
| Defendants. | |

**STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE**

1

1 | Whereas the parties stipulate as follows:

2 | Plaintiff, Victor Velasquez, by and through his counsel Jeffery Kallis of Kallis and
3 | Associates and Defendants City of Santa Clara, Steve Burress, Craig Middlekauff, Nick
4 | Richards, and Chief Stephen Lodge by and through their attorney Michael Serverian of
5 | Rankin, Landsness, Lahde, Serverian & Stock hereby stipulate that 1) the deadline for the
6 | hearing the court ordered Early Settlement Conference by extended to and including
7 | December 31, 2012, to allow the parties to complete discovery necessary for the
8 | participation in a meaningful Early Settlement Conference and 2) the August 20, 2012
9 | Early Settlement Conference with Magistrate Judge Paul Grewal is off calendar.

10 | DATED: August 15, 2012                KALLIS AND ASSOCIATES

11 |                                       By:  /s/ JEFFERY KALLIS
12 |                                            JEFFERY KALLIS
                                                Attorneys for Plaintiff
                                                VICTOR VELASQUEZ
13 |

14 | DATED: August 15, 2012                RANKIN, LANDSNESS, LAHDE,
                                            SERVERIAN & STOCK
15 |
                                            By:  /s/ MICHAEL C. SERVERIAN
16 |                                              MICHAEL C. SERVERIAN
                                                  Attorney for Defendants
17 |                                               CITY OF SANTA CLARA,
                                                  STEVE BURRESS, CRAIG
18 |                                               MIDDLEKAUFF, NICK RICHARDS,
                                                  CHIEF STEPHEN LODGE
19 |

20 |

21 |                                       **ORDER**

22 | THE COURT, after reviewing the stipulation of the parties and considering the
23 | grounds therefore, does hereby grant leave to the parties as requested, as follows:
24 | WHEREFORE, be it known that this Court ADJUDGES, DECREES and ORDERS
25 | that:

26 | 1.  The deadline for participating in the court ordered Early Settlement
27 |     Conference is extended to ~~December 31, 2012.~~ October 31, 2012

28 |

1     2.     The Early Settlement Conference currently on schedule for August 20, 2012 at
2     10 a.m. with Magistrate Judge Paul Grewal is off calendar.

DATED:   August 20, 2012

By: _____
JUDGE OF THE UNITED STATES
DISTRICT COURT
YVONNE GONZALEZ ROGERS