JEFFERY KALLIS
**KALLIS & ASSOCIATES**
333 W. San Carlos St., #800
San Jose, CA  95110
408-971-4655 P & 408-971-4644 F
Email: M_J_Kallis@Kallislaw.com

**Attorneys for Plaintiff
Victor Velasquez**

MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS,  LAHDE,
   SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

**Attorneys for Defendants
City of Santa Clara, Steve Burress,
Craig Middlekauff, Nick Richards, and
Chief Stephen Lodge**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
OAKLAND DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ, | Case No. 11-CV-03588-YGR |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF SANTA CLARA & ITS POLICE DEPARTMENT, A municipal corporation; STEVE BURRESS, an individual; CRAIG MIDDLEKAUFF, an individual; NICK RICHARDS, an individual; CHIEF STEPHEN LODGE, an individual as DOE 1; OFFICER BRET MOISEFF, an individual as DOE 2; COMMANDER ROBERT MECIR, an individual as DOE 3; and DOES 4 to 50, inclusive, | **Trial:   April 29, 2013** |
| Defendants. | |

1
**STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE**

Whereas the parties stipulate as follows:

Plaintiff, Victor Velasquez, by and through his counsel Jeffery Kallis of Kallis and Associates and Defendants City of Santa Clara, Steve Burress, Craig Middlekauff, Nick Richards, and Chief Stephen Lodge by and through their attorney Michael Serverian of Rankin, Landsness, Lahde, Serverian & Stock hereby stipulate that 1) the deadline for the hearing the court ordered Early Settlement Conference by extended to and including December 31, 2012, to allow the parties to complete discovery necessary for the participation in a meaningful Early Settlement Conference and 2) the August 20, 2012 Early Settlement Conference with Magistrate Judge Paul Grewal is off calendar.

DATED: August 15, 2012                              KALLIS AND ASSOCIATES

                                                    By: /s/ JEFFERY KALLIS
                                                         JEFFERY KALLIS
                                                         Attorneys for Plaintiff
                                                         VICTOR VELASQUEZ

DATED: August 15, 2012                              RANKIN, LANDSNESS, LAHDE,
                                                      SERVERIAN & STOCK

                                                    By: /s/ MICHAEL C. SERVERIAN
                                                         MICHAEL C. SERVERIAN
                                                         Attorney for Defendants
                                                         CITY OF SANTA CLARA,
                                                         STEVE BURRESS, CRAIG
                                                         MIDDLEKAUFF, NICK RICHARDS,
                                                         CHIEF STEPHEN LODGE

**ORDER**

THE COURT, after reviewing the stipulation of the parties and considering the grounds therefore, does hereby grant leave to the parties as requested, as follows:

WHEREFORE, be it known that this Court ADJUDGES, DECREES and ORDERS that:

1. The deadline for participating in the court ordered Early Settlement Conference is extended to ~~December 31, 2012.~~ October 31, 2012

**STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE**

2. The Early Settlement Conference currently on schedule for August 20, 2012 at 10 a.m. with Magistrate Judge Paul Grewal is off calendar.

DATED:     August 20, 2012

By: _____
JUDGE OF THE UNITED STATES
DISTRICT COURT
YVONNE GONZALEZ ROGERS

**STIPULATION AND ORDER TO CONTINUE COURT ORDERED EARLY SETTLEMENT CONFERENCE**