1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5
   **Attorneys for Defendants**
6  **City of Santa Clara, Steve Burress,**
   **Craig Middlekauff, Nick Richards, and**
7  **Chief Stephen Lodge**

8

9              UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
                              OAKLAND DIVISION
10

11 VICTOR VELASQUEZ,                    )   Case No. 11-CV-03588-YGR
                                        )
12            Plaintiff,                )   **[Proposed]** ORDER CONTINUING COURT
                                        )   ORDERED ~~EARLY~~ SETTLEMENT
13 vs.                                  )   CONFERENCE
                                        )
14 CITY OF SANTA CLARA & ITS            )
   POLICE DEPARTMENT, A municipal       )
15 corporation; STEVE BURRESS, an       )
   individual; CRAIG MIDDLEKAUFF,       )   **Trial:    April 29, 2013**
16 an individual; NICK RICHARDS, an     )
   individual; CHIEF STEPHEN            )
17 LODGE, an individual as DOE 1;       )
   OFFICER BRET MOISEFF, an             )
18 individual as DOE 2; COMMANDER       )
   ROBERT MECIR, an individual as       )
19 DOE 3; and DOES 4 to 50, inclusive,  )
                                        )
20            Defendants.               )
                                        )
21 _____ )

22 IT IS HEREBY ORDERED THAT:

23      The deadline for the hearing of the court ordered Settlement Conference is extended

24 to and including December 31, 2012, due to a calendaring conflict preventing Magistrate

25 Judge Grewal from hearing this matter by the current deadline of October 31, 2012.

26 DATED: October 30, 2012

27                              YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT COURT JUDGE
28

                    **[Proposed]** ORDER CONTINUING COURT ORDERED ~~EARLY~~ SETTLEMENT CONFERENCE