MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

**Attorneys for Defendants**
**City of Santa Clara, Steve Burress,**
**Craig Middlekauff, Nick Richards, and**
**Chief Stephen Lodge**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
OAKLAND DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ, | Case No. 11-CV-03588-YGR |
| Plaintiff, | [Proposed] ORDER CONTINUING COURT ORDERED ~~EARLY~~ SETTLEMENT CONFERENCE |
| vs. | |
| CITY OF SANTA CLARA & ITS POLICE DEPARTMENT, A municipal corporation; STEVE BURRESS, an individual; CRAIG MIDDLEKAUFF, an individual; NICK RICHARDS, an individual; CHIEF STEPHEN LODGE, an individual as DOE 1; OFFICER BRET MOISEFF, an individual as DOE 2; COMMANDER ROBERT MECIR, an individual as DOE 3; and DOES 4 to 50, inclusive, | Trial:   April 29, 2013 |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

The deadline for the hearing of the court ordered Settlement Conference is extended to and including December 31, 2012, due to a calendaring conflict preventing Magistrate Judge Grewal from hearing this matter by the current deadline of October 31, 2012.

DATED: October 30, 2012

_____
YVONNE GONZÁLEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

1
[Proposed] ORDER CONTINUING COURT ORDERED ~~EARLY~~ SETTLEMENT CONFERENCE