MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

**Attorneys for Defendants
City of Santa Clara, Steve Burress,
Craig Middlekauff, Nick Richards, and
Chief Stephen Lodge**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT,
OAKLAND DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ, <br><br>        Plaintiff, <br><br> vs. <br><br> CITY OF SANTA CLARA & ITS POLICE DEPARTMENT, A municipal corporation; STEVE BURRESS, an individual; CRAIG MIDDLEKAUFF, an individual; NICK RICHARDS, an individual; CHIEF STEPHEN LODGE, an individual as DOE 1; OFFICER BRET MOISEFF, an individual as DOE 2; COMMANDER ROBERT MECIR, an individual as DOE 3; and DOES 4 to 50, inclusive, <br><br>        Defendants. | Case No. 11-CV-03588-YGR <br><br> [Proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE <br><br><br> Trial:    April 29, 2013 |

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for January 28, 2013 at 2:00 p.m. is rescheduled to February 25, 2013 at 2:00 p.m. in Ct.Rm. 5, 2nd Fl. of the Oakland Courthouse.  Parties shall file an updated Joint Case Management Conference Statement no later than seven (7) days in advance of the new conference per L.R. 16-10(d).

1
2   DATED:   November 16, 2012
3
4
5
6                                     YVONNE GONZALEZ ROGERS
                                    JUDGE OF THE U. S. DISTRICT COURT

2
[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE