UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.: 11-03588-YGR<br><br>**ORDER DENYING STIPULATION SEEKING CONTINUANCE OF TRIAL AND RELATED DATES (DKT. NO. 58)** |

The Court has reviewed the parties' Stipulation and Proposed Order Continuing Dates. (Dkt. Nos. 58 & 59.) The parties' request is **DENIED**.

As a preliminary matter, the Court does not have any available trial dates in August or September 2013 and cannot accommodate the parties' request. At this time, the Court is scheduling trials in Spring 2014. In addition, the parties have not shown good cause for a continuance. If the parties would like a trial date in August or September 2013, the Court encourages them to consent to the jurisdiction of a magistrate judge who can guarantee that trial date. Counsel are ordered to discuss this option with their clients, and then the parties shall meet and confer regarding same. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[1] When the parties meet and confer, the parties also must discuss the parties' availabilities for alternate trial dates.

A Case Management Conference is currently scheduled for February 25, 2013. If the parties wish to have a conference with the Court sooner, counsel shall meet and confer and may submit a written request to advance this date. The parties are strongly advised to re-review the Court's Standing Order in Civil Cases.

This Order terminates Dkt. No. 58.

---

[1] Profiles can be found at http://cand.uscourts.gov/judges.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**