UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>                Plaintiff,<br>        v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>                Defendants. | Case No.: 5:11-cv-03588-PSG<br><br>**ORDER INVITING RESPONSE AND SETTING SHORTENED SCHEDULE**<br><br>(Re: Docket No. 108) |

Plaintiff Victor Velasquez fashioned a motion for miscellaneous relief as a proposed order that was filed this past Friday. The court invites Defendants to submit a responsive pleading no later than Wednesday, October 9, 2013.

**IT IS SO ORDERED.**

Dated: October 7, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:11-cv-03588-PSG
ORDER

1