UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>          Plaintiff,<br>     v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>          Defendants. | Case No.: 5:11-cv-03588-PSG<br><br>**ORDER RE: MEET-AND-CONFER**<br><br>**(Re: Docket Nos. 77, 87, 108, and 114)** |

Before the court is a filing[1] from Plaintiff Victor Velasquez that provides a status report on the parties' meet-and-confer responsive to the court's prior order "to discuss possible limiting instructions or whether other witnesses, particularly percipient witnesses, should also appear by videoconference in lieu of making a physical appearance in court."[2] Defendants, too, have offered their take on the meet-and-confer.[3] The court agrees with Defendants that, absent an explicit motion for reconsideration, the court will not revisit its prior decision.[4] The court is, however,

---

[1] *See* Docket No. 121.

[2] Docket No. 119 at 8.

[3] *See* Docket No. 122.

[4] Motions for reconsideration must comply with Civil L.R. 7-9.  *See* Civil L.R. 7-9(a) ("No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."); Civil L.R. 7-9(c) ("No motion for leave to file a motion for reconsideration may repeat any oral or written argument made by the applying party in support of or in opposition to the interlocutory

1

Case No.: 5:11-cv-03588-PSG
ORDER RE: MEET-AND-CONFER

willing to assist the parties move past their impasse in meet-and-confer. To that end, the parties shall appear for a status conference this Wednesday, February 5, 2014, at 4:30 pm. Telephonic appearances may be made without leave of the court.

**IT IS SO ORDERED.**

Dated: January 31, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

order which the party now seeks to have reconsidered. Any party who violates this restriction shall be subject to appropriate sanctions.").

2

Case No.: 5:11-cv-03588-PSG
ORDER RE: MEET-AND-CONFER