UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICTOR VELASQUEZ, | ) | Case No. 5:11-cv-03588-PSG |
| Plaintiff, | ) ) | **ORDER RE: WRIT OF HABEAS** |
| v. | ) | **CORPUS AD TESTIFICANDUM** |
| CITY OF SANTA CLARA, et al., | ) ) | |
| Defendants. | ) ) | |

Upon further reflection, the court is now prepared to issue a writ of habeas corpus ad testificandum to compel Plaintiff Victor Velasquez's appearance at trial for the sole purpose of testifying on a single occasion on a single day during the trial. The parties shall meet and confer without delay as to what day during the trial Mr. Velasquez will appear and submit a stipulation no later than Wednesday, February 12, 2014. With that information in hand, the court will issue the writ.

**IT IS SO ORDERED.**

Dated: February 7, 2014

PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:11-cv-03588-PSG
ORDER RE: WRIT OF HABEAS CORPUS AD TESTIFICANDUM