# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR VELASQUEZ,<br><br>  Plaintiff,<br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>  Defendants. | Case No.: 5:11-cv-03588-PSG<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Victor Velasquez., inmate no. AF0680, presently in custody at the Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled case.

**IT IS SO ORDERED.**

Dated: March 12, 2014

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:11-cv-03588-PSG
ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Head Jailer, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of Victor Velasquez in your custody in the hereinabove-mentioned institution, before the United States District Court at 280 South First Street, San Jose, Courtroom 5, at 9:30 a.m. on March 25, 2014, in order that said prisoner may then and there participate in the jury trial in the matter of *Victor Velasquez v. City of Santa Clara, et al.*, and at the termination of said trial day return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this court;

Witness the Honorable Paul S. Grewal, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: March 12, 2014



RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

/s/

By: Oscar Rivera
Courtroom Deputy to U.S. Magistrate Judge Paul S. Grewal

Dated: March 12, 2014

Paul S. Grewal
United States Magistrate Judge

2

Case No.: 5:11-cv-03588-PSG
ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM