M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
jeff@kallislaw.com

Steven M. Berki, SBN 245426
**BUSTAMANTE ♦ GAGLIASSO, P.C.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
sberki@boglawyers.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| **VICTOR VELASQUEZ,**<br><br>               Plaintiff,<br><br>vs.<br><br>**CITY OF SANTA CLARA**, et al.,<br><br>               Defendants. | Case No.: 11-CV-3588-PSG<br><br>[~~PROPOSED~~] **ORDER ALLOWING PLAINTIFF'S VEHICLE TO BE TOWED AND TEMPORARILY STORED NEAR THE NORTHERN DISTRICT COURTHOUSE BY SAN JOSE POLICE DEPARTMENT**<br><br>Judge:  Hon. Paul S. Grewal<br>Dept:  5, 4th Floor<br>Trial Date: March 24, 2014 |

GOOD CAUSE APPEARING and in light of the Court's prior ruling granting plaintiff's Motion in Limine No. 17 [ECF Docket No. 145] to Allow Inspection of Plaintiff's Vehicle by the Jury, it is hereby ordered as follows:

The San Jose Police Department and its custodian of vehicles and other property is

ordered to release the plaintiff's car and transfer the vehicle to a parking lot near the Northern District of California Courthouse located at 280 South First Street, San Jose, CA 95113. The San Jose Police Department and its representatives are ordered to coordinate with plaintiff's counsel regarding the towing and storage of the vehicle temporarily for viewing by the juror members during trial. Plaintiff shall be responsible for covering the costs of towing the vehicle, storing the vehicle in a parking lot, and any other costs related to San Jose Police Department personnel that may be required to oversee the vehicle while it is transferred and while it is being used during the above-referenced trial.

The car shall be released into the custody of Sean Pritchard. The release, transfer and return shall all take place on Tuesday, April 1, 2014.

SO ORDERED.

DATE: March 27, 2014

HONORABLE PAUL S. GREWAL
United States Magistrate Judge