M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644

Steven M. Berki, SBN 245426
**BUSTAMANTE ♦ GAGLIASSO, P.C.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
sberki@boglawyers.com

Attorneys for Plaintiffs

Jon Heaberlin
Sujata Reuter
**RANKIN, STOCK & HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

**Attorneys for Defendant
CITY OF SANTA CLARA, STEVE BURRESS,
CRAIG MIDDLEKAUFF, NICK RICHARDS,
CHIEF STEPHEN LODGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

* * *

| | |
|---|---|
| **VICTOR VELASQUEZ**,<br><br>               Plaintiff,<br><br>vs.<br><br>**CITY OF SANTA CLARA**, et al.,<br><br>               Defendants. | Case No.: 11-CV-3588-PSG<br><br>**STIPULATION FOR EXTENSION OF HEARING ON MOTION FOR A NEW TRIAL AND MOTION FOR JUDGMENT AS A MATTER OF LAW**<br>**[ECF Docket Nos. 286 and 288].** |

//

1 **WHEREAS** plaintiff filed a Motion for New Trial and Motion for Judgment as a Matter of Law on May 7, 2014. [ECF Docket No. 286 and 288].

2 **WHEREAS** the Court set the hearing on plaintiff's motions for June 17, 2014. [ECF Docket No. 289].

3 **WHEREAS** Counsel for plaintiff is set to begin trial in another matter in the Northern District of California beginning on June 16, 2014.

4 **THEREFORE THE PARTIES STIPULATE** to a continuance of the hearing on the above-referenced motions from June 17, 2014 to July 8, 2014.

**IT IS SO STIPULATED.**

Dated:  June 13, 2014                                        BUSTAMANTE & GAGLIASSO, P.C.

By:_____/s/_____
Steven M. Berki, Counsel of Record
for Plaintiffs

Dated:  June 13, 2014                                        KALLIS & ASSOCIATES, P.C.

By:_____/s/_____
M. Jeffery Kallis, Counsel of Record
for Plaintiffs

Dated:  June 13, 2014                                        **RANKIN, STOCK & HEABERLIN**

By:_____/s/_____
Jon Heaberlin, Counsel of Record
for Defendants

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all counsel, and that upon receipt, I will retain in my possession all original signatures of counsel subject to this stipulation.

By    /S/
Steven M. Berki

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

The hearing on plaintiff's Motion for a New Trial and Motion for Judgment is reset to ~~July 8, 2014.~~  Monday, July 7, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 16, 2014                           By: _/s/ Paul S. Grewal_
                                                    Hon. Paul S. Grewal
                                                    United States Magistrate Judge